08-15-00185-CR

ACCEPTED
08-15-00185-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
6/24/2015 4:44:29 PM
DENISE PACHECO
CLERK

**Appellate Docket Number: 08-15-00185-CR**
**Appellate Case Style: Terry Lee Thomas v. The State of Texas**

**DOCKETING STATEMENT (Criminal)**

**8th COURT OF APPEALS**

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
6/24/2015 4:44:29 PM
DENISE PACHECO
Clerk

**I.  Parties (TRAP 32.2(a)):**

| | |
|---|---|
| Appellant: **Terry Lee Thomas** | Co-defendant(s): **N/A** |
| Trial Attorney: **Hon. Sandy Wilson**<br><br>Appointed ✔  Retained ☐ | Appellate Attorney: **Don Payne**<br><br>Appointed ✔  Retained ☐<br><br>If appointed, was a hearing on indigency held?<br><br>Yes ☐    No ✔ |
| Address:<br>**Wilson Law Firm**<br>**P.O. Box 63**<br>**Marathon,, Texas 79842** | Address:<br>**Law Office of Don Payne, PLLC**<br>**125 S. Washington Street**<br>**San Angelo, Texas 76901-4160** |
| Telephone: **432-386-7505** | Telephone: **432-482-8049** |
| Fax: Number: **432-386-4277** | Fax Number: **432-482-8064** |
| SBN: **24039988** | SBN: **24065890** |

**II.  Perfection Of Appeal, Judgment And Sentencing (TRAP 32.2(b), (d), (f), (g), (h), (i), (j), (k)):**

| | |
|---|---|
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:<br>**May 5, 2015** | Date notice of appeal filed in trial court: **May 19, 2015** |
| Offense charged: **Theft of Service** | Punishment assessed: **400 days State Jail Confinement** |
| Date of offense: **August 9, 2011** | Is the appeal from a pretrial order?<br><br>Yes ☐    No ✔<br>If yes, please specify. |
| Defendant's plea: **Plea of NOT TRUE to MTAG/MTR** | Does the appeal involve the validity of a statute, rule or ordinance? * |
| If guilty*, does Defendant have the trial court's permission to appeal? ***Plea of NOT TRUE; MTAG Granted**<br><br>Yes ✔    No ☐ | Yes ☐    No ☐ * **(Unknown at this time)**<br><br>If yes, please specify. |
| Was the trial jury or nonjury?<br><br>Guilt or innocence phase:  Jury ☐    Nonjury ✔<br><br>Punishment phase:      Jury ☐    Nonjury ✔ | Will you challenge this Court's jurisdiction? **No**<br>If yes, explain. |

HOU05:76691.1

| III. Actions Extending Time To Perfect Appeal (TRAP 32.2(e)): | | | |
|---|---|---|---|
| **Action** | **Filed**<br>**Check as appropriate** | | **Date Filed** |
| Motion for New Trial | No ✔ | Yes ☐ | |
| Motion in Arrest of Judgment | No ✔ | Yes ☐ | |
| Other (specify): | No ✔ | Yes ☐ | |

| IV. Indigency Of Party (TRAP 32.2(n)): (Attach file-stamped copy of motion and affidavit) | | | | |
|---|---|---|---|---|
| **Event** | **Filed**<br>**Check as appropriate** | | **Date** | **N/A** |
| Motion and affidavit filed | No ✔ | Yes ☐ | | ✔ |
| Date of hearing: | | | | ✔ |
| Date of order: **\*Orders Appointing Attorneys; Trial and Appellate** | | | **02/17/2015**<br>**06/08/2015** | |
| Ruling on motion:<br>Granted ☐ Denied ☐ | | | | |

**V. Trial Court And Record (TRAP 32.2(c), (l), (m)):**

| Court: **112ᵗʰ Judicial District Court** | County: **Pecos** | Trial Court Docket Number<br>**(Cause No.): P-3574-112-CR** |
|---|---|---|

| Trial Judge: **Hon. Pedro Gomez, Jr.** | Court Clerk: **Hon. Gayle Henderson** |
|---|---|
| Telephone Number: **325- 392-5225** | Telephone Number: **432-336-3503** |
| Fax Number: **325- 392-3434** | Fax Number: **432-336-6437** |
| Address:<br>**907 Avenue D**<br>**P.O. Drawer C**<br>**Ozona, Texas 76943** | Address:<br>**407 S. Nelson.**<br>**Fort Stockton, Texas 79735** |

| Clerk's Record | Will request ☐<br>**\*Received Clerk's Record, 6/22/2015** | Was requested on:<br>**\*Already Received** |
|---|---|---|

| **Court Reporter** or Court Recorder: **Hon. Corina Lozano** | |
|---|---|
| Telephone Number: **409- 771-2562**<br>Fax Number: **325- 392-3434**<br>Address: **P.O. Box 3126**<br>**Ozona, Texas 76943** | |
| Length of trial (approximate): **Two (2) days**<br>**Proceedings held 4/21/2015 and 5/5/2015** | State arrangements made for payment of court reporter:<br>**County to pay – Appellant is indigent** |
| **Reporter's** or Recorder's Record (check if electronic recording ☐) | None ☐ | Will request ☐ | Was requested on: **June 24, 2015**<br>**Request emailed and mailed 6/24/15** |

HOU05:76691.1

–2–

**VI.** **Related Matters:** List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

**None**

**VII.** Any other information requested by the court (see attachments, if any).

**None**

**VIII.** **Signature:**

/ s / *Don Payne*                                      Date:   **June 24, 2015**
Signature of counsel
State Bar No.: **24065890**

Printed Name:  **Don Payne**

**IX.** **Certificate of Service:** The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on June 24, 2015

Hon. Laurie K. English                          Hon. Sandy Wilson
112TH District Attorney                        Attorney at Law
Hon. Michael Dobbins                            P.O. Box 63
Asst. 112TH District Attorney                  Marathon, Texas 79842
400 S. Nelson                                   Trial Attorney for Defendant, Terry Lee Thomas
Fort Stockton, Texas 79735
Attorneys for the State of Texas                **Via Facsimile to 432-386-4277**

**Via Facsimile to 325-392-8415**

                                                / s / *Don Payne*
                                                Don Payne
                                                Attorney for Terry Lee Thomas

**Note:** **Certificate of Service Requirements (TRAP 9.5(e)):** A certificate of service must be signed by the person who made the service and must state:
(1)     the date and manner of service;
(2)     the name and address of each person served; and
(3)     if the person served is a party's attorney, the name of the party represented by that attorney.

Use additional sheet(s), if necessary